THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 14-52581 |
| CLAUDETTE THOMAS | ) | |
| Debtor(s) | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRUSTEE'S MOTION TO |
| | ) | DISMISS AND 30 DAY |
| | ) | OBJECTION PERIOD |
| | ) | |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby requests an order of dismissal of the above mentioned Chapter 13 Plan due to the following:

1. The Plan was filed on **10/02/2014.**

2. The monthly Plan payments are $**1243.00**.

> **The Trustee has filed 2 notices with the Court indicating that an order is needed to resolve an Objection to Confirmation of Plan re: 987 Valdes Ave, Akron, OH 44320 Filed by Creditor FirstMerit Bank (docket no 14). As of today's date, there has been no order submitted to the Trustee for review and approval nor is an order reflected on the Court's PACER docket.**

## NOTICE

**Pursuant to 11 US § 102, unless a party in interest requests a hearing on this pleading, the Court may grant the relief requested without a hearing or further notice.**

**Parties that want to be heard on this matter must file a response to this pleading within 30 days from the date in the below certificate of service.**

**The response must be filed with the US Bankruptcy Court at:**

**US Bankruptcy Court
2 South Main Street
455 John F. Seiberling Federal Building
Akron, OH 44308-1810**

**In addition to filing a response with the Court, parties requesting a hearing must serve all parties in the below certificate of service either through the mailing address provided or, where applicable, by the Court's Electronic Filing System (ECF).**

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

CLAUDETTE THOMAS
987 VALDES AVE
AKRON, OH 44320
(Via Regular Mail)

SEAN MOORE, ESQ(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **3/3/2015**        By: **Monica Jones**
                                       Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072